## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fredericks v. City of New York _____ Docket No.: 22-2725 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jamison Davies

Firm: New York City Law Department

Address: 100 Church St., New York NY 10007

Telephone: 212-356-2490 Fax: 212-356-1148

E-mail: jdavies@law.nyc.gov

Appearance for: City of New York, Anowar Hassain, Michael Ardolino, Derrick Russ, Mark Scarlatelli/Appellees
(party/designation)

**Select One:**

[✔] Substitute counsel (replacing lead counsel: Sylvia Hinds-Radix/New York City Law Department )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: )
(name/firm)

[ ] Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

[✔] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Jamison Davies

Type or Print Name: Jamison Davies