II Clerk
Docket # 22-2725

10-18-22

Hello, I am writing to provide you guys with a up-dated address shown below

Marcy C.F.
P.O. Box 5000
Marcy N.Y. 13403-3600

RECEIVED
2022 NOV 18 PM 3:12
CLERK'S OFFICE
U.S. COURT OF APPEALS

Respectfully

Nigel Fredricks

N. Fredricks — 22B1005

MARCY CORRECTIONAL FACILITY
BOX 3600
MARCY, N.Y. 13403-3600

NAME: Nigel Fredricks DIN: 22B1005

Clerk
Second Circuit
40 Foley Square
New York, N.Y. 10007

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM
NAME: Nigel Fredricks DIN: 22B1005