UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

_____

Nigel Fredericks,

    Plaintiff - Appellant,

v.

City of New York, NYPD Anowar Hassain, Detective Michael Ardolino, Detective Derrick Russ, Detective Mark Scarlatelli,

    Defendants - Appellees,

Detective John Doe, Detective John Doe, Detective John Doe, Attorney Martha Lineburger, Attorney Keenith Gilberth, Attorney Matthew Tinston, Mennin F., Mr. Hassen, Detective Officer John Doe, 75th Precinct, John Hassen, N.Y.P.D. Officer, 75th Precinct, Detective Officer John Doe, 75th Precinct, Detective Officer John Doe, 75th Precinct,

    Defendants.

_____

**ORDER**
Docket No. 22-2725

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand and twenty-two.

    A notice of appeal was filed on October 25, 2022. Appellant was notified of the requirement that a Prisoner Authorization Form must be filed with the Court, properly signed and without alteration within 45 days of the date of the notice pursuant to 28 USC § 1915(b). The Prisoner Authorization Form was due to be filed December 9, 2022.

    Appellant is in default of filing the prisoner authorization form.

    IT IS HEREBY ORDERED that this appeal may be dismissed by January 5, 2023 if the Prisoner Authorization Form is not filed with the Court by that date. Any motions pending prior to the date of dismissal will be deemed moot.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court