UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of December, two thousand and twenty-two.

_____

| | |
|---|---|
| Nigel Fredericks, | **ORDER** |
| Plaintiff - Appellant, | Docket Number: 22-2725 |
| v. | |
| City of New York, NYPD Anowar Hassain, Detective Michael Ardolino, Detective Derrick Russ, Detective Mark Scarlatelli, | |
| Defendants - Appellees, | |
| Detective John Doe, Detective John Doe, Detective John Doe, Attorney Martha Lineburger, Attorney Keenith Gilberth, Attorney Matthew Tinston, Mennin F., Mr. Hassen, Detective Officer John Doe, 75th Precinct, John Hassen, N.Y.P.D. Officer, 75th Precinct, Detective Officer John Doe, 75th Precinct, Detective Officer John Doe, 75th Precinct, | |
| Defendants. | |

_____

A notice of appeal was filed on October 25, 2022. The Appellant's Acknowledgment and Notice of Appearance Form due December 16, 2022 has not been filed. The case is deemed in default of FRAP 12(b), and LR 12.3.

IT IS HEREBY ORDERED that the appeal may be subject to dismissal January 11, 2023 if the Acknowledgment and Notice of Appearance Form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court