UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of December, two thousand and twenty-two.

_____

Nigel Fredericks,

      Plaintiff - Appellant,

v.

City of New York, NYPD Anowar Hassain, Detective Michael Ardolino, Detective Derrick Russ, Detective Mark Scarlatelli,

      Defendants - Appellees,

Detective John Doe, Detective John Doe, Detective John Doe, Attorney Martha Lineburger, Attorney Keenith Gilberth, Attorney Matthew Tinston, Mennin F., Mr. Hassen, Detective Officer John Doe, 75th Precinct, John Hassen, N.Y.P.D. Officer, 75th Precinct, Detective Officer John Doe, 75th Precinct, Detective Officer John Doe, 75th Precinct,

      Defendants.

_____

**ORDER**
Docket Number: 22-2725

      A notice of appeal was filed on October 25, 2022. The filing fee of $505.00 was due to be paid to the district court by December 16, 2022. The case is deemed in default.

      Instructions for moving for in forma pauperis status are provided in the Court's instructions entitled *"How to Appeal a Civil Case in the United States Court of Appeals for the Second Circuit"*. The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

      IT IS HEREBY ORDERED that the appeal may be dismissed by January 11, 2023 unless by that date appellant either pays the fee in full, moves for in *forma pauperis* status in district court or, if district court has denied in *forma pauperis* status, moves in this Court for in

forma pauperis status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court