# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D-P)
## FOR PRO SE APPELLANTS

A PRO SE APPELLANT MUST FILE THE ORIGINAL OF THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

**THIS SECTION MUST BE COMPLETED BY APPELLANT**

| CASE TITLE: Nigel Fredricks / Anwar Massar | DISTRICT: Eastern of New York | DOCKET NUMBER: 22-2725 |
| --- | --- | --- |
| | JUDGE: Cheryl Pollack | APPELLANT: Nigel Fredricks |
| | COURT REPORTER: N/A | PRO SE APPELLANT: Nigel Fredricks |

**Check the applicable provision:**

[X] I am ordering a transcript.

[ ] I am not ordering a transcript.

Reason for not ordering a transcript:
[ ] Copy is already available
[ ] No transcribed proceedings
[X] Other (Specify in the space below):
Telephone conference on 02/out 10-6-22

**PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (i.e., oral argument, order from the bench, etc.)

RECEIVED 2023 JAN 17 PM 3:16 U.S. COURT OF APPEALS

**METHOD OF PAYMENT**  [ ] Funds   [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

[ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS
[ ] PREPARE TRANSCRIPT OF TRIAL
[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS
[ ] OTHER (Specify in the space below):

**DELIVER TRANSCRIPT TO:** (APPELLANT'S NAME, ADDRESS, TELEPHONE)

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| APPELLANT'S SIGNATURE: Nigel Fredricks | DATE: 1-6-23 |
| --- | --- |

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
| --- | --- | --- |
| SIGNATURE OF COURT REPORTER | | DATE |

Revised June, 2017