# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2725

**Motion for:** I.F.P

**Caption [use short title]:** Nigel Fredricks v. Anower Hassan

**Set forth below, precise, complete statement of relief sought:**
Id granty bar conyent
bonaree/pact status

*[RECEIVED 2023 JAN 17 PM 3:06 U.S. COURT OF APPEALS]*

**MOVING PARTY:** Nigel Fredricks
**OPPOSING PARTY:** NYC Law Dept

[ ] Plaintiff  [ ] Defendant
[X] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Attne c.f.
P.O. Box 149
Alfred N.Y. 13021-0149

**OPPOSING ATTORNEY:** NYC Law Dept
100 Church Street
New York NY 10007

*[name of attorney, with firm, address, phone number and e-mail]*

**Court- Judge/ Agency appealed from:** _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
[ ] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [X] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [X] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [X] Yes [ ] No  If yes, enter date: 2-6-23

**Signature of Moving Attorney:** Nigel Fredricks
**Date:** 1-6-23
**Service by:** [ ] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES DISTRICT COURT

for the

DISTRICT OF ___Eastern___ ___New York___

___Nigel Fredricks___

Plaintiff

)
)
)
)
)
v.
)
___Anower Hossain etc___ ) Case No. ___22-2725___
)
)
Defendant
)
)

**AFFIDAVIT ACCOMPANYING MOTION**
**FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: ___Nigel Fredricks___ Date: ___1-6-23___

My issues on appeal are: ___telephone conference held on or about 10-6-22 Hossain c/o proceeding discovery post statue of limitation of evidents___

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): | $ N/A | $ N/A | $ N/A | $ N/A |
| **Total monthly income:** | $ N/A | $ N/A | $ N/A | $ N/A |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | $ N/A |
| N/A | N/A | N/A | $ N/A |
| | | | $ N/A |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4. *How much cash do you and your spouse have?* $ N/A

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ N/A<br>N/A | (Value) $ N/A<br>N/A | (Value) $ N/A<br>Make and year: N/A<br>Model: N/A<br>Registration #: N/A |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ N/A | (Value) $ N/A |
| Make and year: | N/A | N/A |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ N/A | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | N/A |
| | | N/A |

Rev. 12.1.2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included?  ☐ Yes ☒ No<br>Is property insurance included?  ☐ Yes ☒ No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ N/A | $ N/A |
| Life: | $ N/A | $ N/A |
| Health: | $ N/A | $ N/A |
| Motor vehicle: | $ N/A | $ N/A |
| Other: | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ N/A | $ N/A |
| Installment payments | N/A | |
| Motor Vehicle: | $ N/A | $ N/A |
| Credit card (name): | $ N/A | $ N/A |
| Department store (name): | $ N/A | $ N/A |
| Other: | $ N/A | $ N/A |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☐ Yes ☒ No        If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $ N/A

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* Extremely low account balance, poverty of states

12. *State the city and state of your legal residence* N.Y. NY

    *Your daytime phone number:* N/A

    *Your age:* 30     *Your years of schooling:* 9 grade

Rev. 12.1.2018

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

_____

                                       **CERTIFICATE OF SERVICE***

                                         Docket Number: _____

              v.

_____

I,_____, hereby certify under penalty of perjury that
             (print name)

on _____, I served a copy of _____
        (date)

_____
                                                 (list all documents)

by (select all applicable)**

___ Personal Delivery          ___ United States Mail          ___ Federal Express or other Overnight Courier

___ Commercial Carrier        ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

_____                          _____
      Today's Date                                                                 Signature

Certificate of Service Form (Last Revised 12/2015)