# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## PRISONER AUTHORIZATION FORM

| THIS SECTION MUST BE COMPLETED BY APPELLANT ||||
|---|---|---|---|
| CASE TITLE: Nigel Fredricks v. Arockiar Hassan GTC | USCA DOCKET NUMBER: 22-2725 | APPELLANT: Nigel Fredricks ||
| | DISTRICT: Eastern of New York | COUNSEL'S NAME: N/A ||
| | DISTRICT/AGENCY NUMBER: 718-613-2665 | COUNSEL'S PHONE: N/A ||

Pursuant to 28 USC § 1915(b), I, request and authorize the institution holding me in custody to send to the Clerk of the United States Court of Appeals for the Second Circuit certified copies of my prison trust fund account statements or the institutional equivalent for the past six months. I further request and authorize the institution holding me in custody to calculate the amounts specified by the statutes, to deduct those amounts from my prison trust fund account, or institutional equivalent, and to disburse those amounts to the United States District Court for the Eastern.

This authorization is furnished in connection with the above numbered and entitled case and shall apply to any institution into whose custody I may be transferred.

**I UNDERSTAND THAT THE COURT OF APPEALS FILING FEE OF $505 WILL BE PAID IN ITS ENTIRETY, IN MONTHLY INSTALLMENTS, BY AUTOMATIC DEDUCTIONS FROM MY PRISONER TRUST FUND ACCOUNT EVEN IF MY APPEAL IS DENIED OR DISMISSED.**

**THE COLLECTED FUNDS WILL BE FORWARDED AS PAYMENT UNDER § 1915 TO THE UNITED STATES DISTRICT COURT FOR THE** Eastern.

1-6-22
Date

Nigel Fredricks
Signature of Appellant

Nigel Fredricks
Print Name

Rev. February 25, 2014

**ATTICA CORRECTIONAL FACILITY**
BOX 149
ATTICA, NEW YORK 14011-0149
NAME: _Nigel Michaels_ DIN: 22B1005

ATTICA ☆ CORRECTIONAL FACILITY

NEOPOST
01/20/2023
US POSTAGE $000.57⁹

ZIP 14011
041M11284163

FIRST-CLASS MAIL

Clerk
Second Circuit
to Foley Square
New York NY 10007

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM

NAME: *Nigel Fredricks* DIN: *22B1005*

Printed On Recycled Paper