UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand and twenty-three.

_____

| | |
|---|---|
| Nigel Fredericks, | **ORDER** |
| Plaintiff - Appellant, | Docket No. 22-2725 |
| v. | |
| City of New York, NYPD Anowar Hassain, Detective Michael Ardolino, Detective Derrick Russ, Detective Mark Scarlatelli, | |
| Defendants - Appellees, | |
| Detective John Doe, Detective John Doe, Detective John Doe, Attorney Martha Lineburger, Attorney Keenith Gilberth, Attorney Matthew Tinston, Mennin F., Mr. Hassen, Detective Officer John Doe, 75th Precinct, John Hassen, N.Y.P.D. Officer, 75th Precinct, Detective Officer John Doe, 75th Precinct, Detective Officer John Doe, 75th Precinct, | |
| Defendants. | |

_____

Appellant's Nigel Fredericks submission of a motion to proceed in forma pauperis does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said motion to proceed in forma pauperis is stricken from the docket.

                                                                           For The Court:
                                                                           Catherine O'Hagan Wolfe,
                                                                           Clerk of Court