# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of February, two thousand and twenty-three.

_____

| | |
|---|---|
| Nigel Fredericks, | **ORDER** |
| Plaintiff - Appellant, | Docket Number: 22-2725 |
| v. | |
| City of New York, NYPD Anowar Hassain, Detective Michael Ardolino, Detective Derrick Russ, Detective Mark Scarlatelli, | |
| Defendants - Appellees, | |
| Detective John Doe, Detective John Doe, Detective John Doe, Attorney Martha Lineburger, Attorney Keenith Gilberth, Attorney Matthew Tinston, Mennin F., Mr. Hassen, Detective Officer John Doe, 75th Precinct, John Hassen, N.Y.P.D. Officer, 75th Precinct, Detective Officer John Doe, 75th Precinct, Detective Officer John Doe, 75th Precinct, | |
| Defendants. | |

_____

A notice of appeal was filed on October 25, 2022. Appellant's Form D-P was due February 8, 2023. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective March 6, 2023 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court