United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

RECEIVED
2023 MAR -2 PM 4:51
CLERK'S OFFICE
U.S. COURT OF APPEALS

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

Date: January 24, 2023
Docket #: 22-2725
Short Title: Fredericks v. Detective John Doe

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC Docket #: 21-cv-1307
DC Court: EDNY (BROOKLYN)
DC Judge: Pollak
DC Judge: Kovner

## CERTIFIED STATEMENT OF INSTITUTIONAL TRUST FUND ACCOUNT

Name: Fredricks, Nigel

Inmate Number: 22B1005

This is to certify that the above referenced inmate has on deposit drawable funds in the amount of $ 3.79 for the past six months, the certified balances in the inmate account are:

| Month | Amount |
|---|---|
| 1/23 | 4.35 |
| 12/22 | 2.45 |
| 11/22 | 1.77 |
| 10/22 | 1.78 |
| 9/22 | 2.47 |

Average Balance: 2.17

The average monthly deposit for this inmate over the past six months is $ 12.42.

A certified copy of the statement in the inmate's account, or institutional equivalent, is attached.

Date: 2/24/23   Signature of Authorized Officer: Marcia Wetzler

Printed Name: Marcia Wetzler   Title & Agency: OA2 Attica CF

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                         ATTICA         CORRECTIONAL FACILITY
                    INMATE STATEMENT FOR THE PERIOD 12/31/22 THRU 01/31/23
        ********************************************************************************
        *                                                                              *
        *    NAME:FREDRICKS NIGEL        DEPT ID:22B1005   CELL LOC:0D-41-05S  NYSID:01469075Z  *
        *                                                                              *
        ********************************************************************************

FACILITY      DATE      ---- TRANSACTION ----      TR-NUM     RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                             (COMMENTS)                                                               SPENDABLE    ACCT BAL
                        STARTING BALANCE AT ATTICA                                                                    .00
                        BALANCE FORWARD                                                    16.02       16.02-         .00

ATTICA       01/17/23  TRANSFER FUNDS              B969310      18.47                        .00        2.45        18.47
ATTICA       01/19/23  PAYROLL RCPT                036005        1.80                        .85        3.40        20.27
ATTICA       01/26/23  PAYROLL RCPT                041005        1.80                        .85        4.35        22.07

                       MONTHLY ENDING TOTALS                    22.07         .00          17.72        4.35        22.07

                       ENDING BALANCE AT ATTICA                                                                     22.07

              20%  OF AVERAGE 6 MO SPENDABLE BALANCE       .18-   20%  OF AVERAGE 6 MO DEPOSIT AMT       2.48

                       LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    10.51
                       THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

---------------------------------------------- ENCUMBRANCE BREAKDOWN -----------------------------------------------
---- REASON ----         DATE IMPOSED    --- NOTES ---      TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
GATE MONEY                 08/04/22     AUTO GATE MONEY        29.49        .46         5.57        23.92
NYS COURTS FILING FEE      08/12/22     20220541              490.00        .62         6.27       483.73     NY005015J/C
FED FILE FEE USDCNDNY      08/12/22     922CV00571            350.00        .00          .00       350.00
COURT ORDERED FINES        08/30/22     2022-0541              15.00        .62         5.88         9.12     CAYUGA
DISCIPLINARY TIER III      11/03/22     110122                  5.00        .00          .00         5.00
FED FILE FEE USDCSDNY      11/23/22     22 1379               505.00        .00          .00       505.00
FED FILE FEE USDCNDNY      11/23/22     22 1365               505.00        .00          .00       505.00

        *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

Case 22-2725, Document 35, 03/02/2023, 3477799, Page2 of 8

```
                        STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                                 ATTICA      CORRECTIONAL FACILITY
                          INMATE STATEMENT FOR THE PERIOD 12/01/22 THRU 12/30/22
        ****************************************************************************
        *                                                                           *
        *   NAME:FREDRICKS NIGEL        DEPT ID:22B1005   CELL LOC:0C-28-01S  NYSID:01469075Z  *
        *                                                                           *
        ****************************************************************************

FACILITY     DATE      ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE   STATEWIDE
                            (COMMENTS)                                                           SPENDABLE   ACCT BAL
                       STARTING BALANCE AT MARCY                                                             13.66
                       STARTING BALANCE AT ATTICA                                                              .00
                       BALANCE FORWARD                                              11.89          1.77      13.66

MARCY        12/01/22  PAYROLL RCPT            036005       1.80                      .85          2.72      15.46
MARCY        12/05/22  COMM BUY                                           .45         .00          2.27      15.01
MARCY        12/08/22  PAYROLL RCPT            036005       2.25                     1.06          3.46      17.26
MARCY        12/15/22  PAYROLL RCPT            780125       2.00                      .95          4.51      19.26
MARCY        12/16/22  COMM BUY                                          3.46         .00          1.05      15.80
MARCY        12/22/22  PAYROLL RCPT            780230       2.67                     1.27          2.45      18.47
MARCY        12/29/22  CLSE ACCT                                        18.47         .00         16.02-       .00
ATTICA       12/30/22  ESTABLISH ACCOUNT

                       MONTHLY ENDING TOTALS                 8.72       22.38       16.02         16.02-       .00

             ENDING BALANCE AT ATTICA                                                                          .00

        20%  OF AVERAGE 6 MO SPENDABLE BALANCE        .20-   20%  OF AVERAGE 6 MO DEPOSIT AMT         2.23

                       LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    10.51
                       THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

                       INMATE HAS BEEN TRANSFERRED TO -ATTICA       FROM MARCY

------------------------------------------- ENCUMBRANCE BREAKDOWN -----------------------------------------------
---- REASON ----         DATE IMPOSED   --- NOTES ---   TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
GATE MONEY                 08/04/22     AUTO GATE MONEY    29.49       1.09        5.11         24.38
NYS COURTS FILING FEE      08/12/22     20220541          490.00       1.52        5.65        484.35     NY005015J/C
FED FILE FEE USDCNDNY      08/12/22     922CV00571        350.00        .00         .00        350.00
COURT ORDERED FINES        08/30/22     2022-0541          15.00       1.52        5.26          9.74     CAYUGA
DISCIPLINARY TIER III      11/03/22     110122              5.00        .00         .00          5.00
FED FILE FEE USDCSDNY      11/23/22     22 1379           505.00        .00         .00        505.00
FED FILE FEE USDCNDNY      11/23/22     22 1365           505.00        .00         .00        505.00

    *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

Case 22-2725, Document 35, 03/02/2023, 3477799, Page3 of 8

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                             MARCY          CORRECTIONAL FACILITY
                     INMATE STATEMENT FOR THE PERIOD 11/01/22 THRU 11/30/22
    ****************************************************************************
    *                                                                          *
    *   NAME:FREDRICKS NIGEL           DEPT ID:22B1005  CELL LOC:RM-A1-023  NYSID:01469075Z  *
    *                                                                          *
    ****************************************************************************
```

| FACILITY | DATE | ---- TRANSACTION ---- (COMMENTS) | TR-NUM | RECEIPT(+) | DISBURS(-) | COLLECTED AMT | STATEWIDE SPENDABLE | STATEWIDE ACCT BAL |
|---|---|---|---|---|---|---|---|---|
| | | STARTING BALANCE AT AUBURN | | | | | | 12.61 |
| | | STARTING BALANCE AT MARCY | | | | | | .00 |
| | | BALANCE FORWARD | | | | 10.83 | 1.78 | 12.61 |
| AUBURN | 11/03/22 | BEG ENC-DP-T3( $5.00) | | | | .00 | 1.78 | 12.61 |
| AUBURN | 11/03/22 | PAYROLL RCPT | 922010 | .00 | | .00 | 1.78 | 12.61 |
| AUBURN | 11/04/22 | POSTAGE | | | .60 | .00 | 1.18 | 12.01 |
| AUBURN | 11/04/22 | POSTAGE | | | .60 | .00 | .58 | 11.41 |
| MARCY | 11/10/22 | ESTABLISH ACCOUNT | | | | | | |
| AUBURN | 11/10/22 | PAYROLL RCPT | 922010 | .00 | | .00 | .58 | 11.41 |
| AUBURN | 11/14/22 | CLSE ACCT | | | 11.41 | .00 | 10.83- | .00 |
| MARCY | 11/21/22 | TRANSFER FUNDS | C71558 | 11.41 | | .00 | .58 | 11.41 |
| MARCY | 11/23/22 | BEG ENC-SDNY ( $505.00) | 22 1379 | | | .00 | .58 | 11.41 |
| MARCY | 11/23/22 | BEG ENC-NDNY ( $505.00) | 22 1365 | | | .00 | .58 | 11.41 |
| MARCY | 11/23/22 | PAYROLL RCPT | 036005 | 2.25 | | 1.06 | 1.77 | 13.66 |
| | | MONTHLY ENDING TOTALS | | 13.66 | 12.61 | 11.89 | 1.77 | 13.66 |

                        ENDING BALANCE AT MARCY                                          13.66

           20% OF AVERAGE 6 MO SPENDABLE BALANCE       .57   20% OF AVERAGE 6 MO DEPOSIT AMT    2.49


                      LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    10.51
                      THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

                            INMATE HAS BEEN TRANSFERRED TO -MARCY      FROM AUBURN

---------------------------------------------- ENCUMBRANCE BREAKDOWN ----------------------------------------------

| ---- REASON ---- | DATE IMPOSED | --- NOTES --- | TOTAL OWED | COL MTDATE | COL TO-DATE | BALANCE DUE | CNTY/ORI CAS |
|---|---|---|---|---|---|---|---|
| GATE MONEY | 08/04/22 | AUTO GATE MONEY | 29.49 | .28 | 4.02 | 25.47 | |
| NYS COURTS FILING FEE | 08/12/22 | 20220541 | 490.00 | .39 | 4.13 | 485.87 | NY005015J/C |
| FED FILE FEE USDCNDNY | 08/12/22 | 922CV00571 | 350.00 | .00 | .00 | 350.00 | |
| COURT ORDERED FINES | 08/30/22 | 2022-0541 | 15.00 | .39 | 3.74 | 11.26 | CAYUGA |
| DISCIPLINARY TIER III | 11/03/22 | 110122 | 5.00 | .00 | .00 | 5.00 | |
| FED FILE FEE USDCSDNY | 11/23/22 | 22 1379 | 505.00 | .00 | .00 | 505.00 | |
| FED FILE FEE USDCNDNY | 11/23/22 | 22 1365 | 505.00 | .00 | .00 | 505.00 | |

   * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                              AUBURN         CORRECTIONAL FACILITY
                       INMATE STATEMENT FOR THE PERIOD 10/01/22 THRU 10/31/22
         ***********************************************************************************
         *                                                                                 *
         *   NAME:FREDRICKS NIGEL         DEPT ID:22B1005   CELL LOC:0E-04-27S  NYSID:01469075Z  *
         *                                                                                 *
         ***********************************************************************************

FACILITY      DATE       ---- TRANSACTION ----    TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                             (COMMENTS)                                                              SPENDABLE    ACCT BAL
                         STARTING BALANCE AT AUBURN                                                                 9.27
                         BALANCE FORWARD                                                6.80            2.47        9.27

AUBURN        10/05/22  POSTAGE                                             .60          .00            1.87        8.67
AUBURN        10/06/22  POSTAGE                                             .60          .00            1.27        8.07
AUBURN        10/06/22  POSTAGE                                             .60          .00             .67        7.47
AUBURN        10/06/22  PAYROLL RCPT            043005         2.25                     1.06            1.86        9.72
AUBURN        10/07/22  STRT ADV-COMER (  $2.81)                                        1.86             .00        9.72
AUBURN        10/13/22  PAYROLL RCPT            043005         2.25                     2.01             .24       11.97
AUBURN        10/13/22  PAY ADV-COMM (2022-10-07)  PAYROLL                  2.81        2.81-            .24        9.16
AUBURN        10/19/22  BEG ENC-SDNY (     $505.00) 222480                               .00             .24        9.16
AUBURN        10/19/22  MOD ENC-SDNY (2022-2480  )                                       .00             .24        9.16
AUBURN        10/20/22  DEL ENC-SDNY (2022-2480  )                                       .00             .24        9.16
AUBURN        10/20/22  PAYROLL RCPT            043005         1.80                      .85            1.19       10.96
AUBURN        10/27/22  PAYROLL RCPT            043005         2.25                     1.06            2.38       13.21
AUBURN        10/28/22  POSTAGE                                             .60          .00            1.78       12.61

                         MONTHLY ENDING TOTALS                 8.55         5.21       10.83            1.78       12.61

                         ENDING BALANCE AT AUBURN                                                                  12.61

              20% OF AVERAGE 6 MO SPENDABLE BALANCE          .60    20% OF AVERAGE 6 MO DEPOSIT AMT     2.29

                       LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -     10.51
                       THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY

-------------------------------------------------- ENCUMBRANCE BREAKDOWN ----------------------------------------
---- REASON ----       DATE IMPOSED   --- NOTES ---       TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
GATE MONEY             08/04/22       AUTO GATE MONEY        29.49       1.07        3.74        25.75
NYS COURTS FILING FEE  08/12/22       20220541              490.00       1.48        3.74       486.26     NY005015J/C
FED FILE FEE USDCNDNY  08/12/22       922CV00571            350.00        .00         .00       350.00
COURT ORDERED FINES    08/30/22       2022-0541              15.00       1.48        3.35        11.65     CAYUGA

    * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

Case 22-2725, Document 35, 03/02/2023, 3477799, Page5 of 8

```
              STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                       AUBURN        CORRECTIONAL FACILITY
                 INMATE STATEMENT FOR THE PERIOD 09/01/22 THRU 09/30/22
***************************************************************************************
*                                                                                     *
*   NAME:FREDRICKS NIGEL         DEPT ID:22B1005   CELL LOC:OC-18-16S  NYSID:01469075Z *
*                                                                                     *
***************************************************************************************

FACILITY      DATE      ---- TRANSACTION ----   TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE    STATEWIDE
                             (COMMENTS)                                                           SPENDABLE    ACCT BAL
                          STARTING BALANCE AT AUBURN                                                              1.88
                          BALANCE FORWARD                                             1.71            .17         1.88

AUBURN      09/01/22  PAYROLL RCPT            043005       2.25                       1.06           1.36         4.13
AUBURN      09/06/22  POSTAGE                                             .60          .00            .76         3.53
AUBURN      09/08/22  PAYROLL RCPT            043005       2.25                       1.06           1.95         5.78
AUBURN      09/15/22  PAYROLL RCPT            043005       1.80                        .85           2.90         7.58
AUBURN      09/22/22  PAYROLL RCPT            043005       2.25                       1.06           4.09         9.83
AUBURN      09/26/22  COMM BUY                                           2.81          .00           1.28         7.02
AUBURN      09/29/22  PAYROLL RCPT            043005       2.25                       1.06           2.47         9.27

                          MONTHLY ENDING TOTALS             10.80        3.41         6.80          (2.47)        9.27

                          ENDING BALANCE AT AUBURN                                                                9.27

              20% OF AVERAGE 6 MO SPENDABLE BALANCE          .63    20% OF AVERAGE 6 MO DEPOSIT AMT       2.08

                          LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    10.51
                          THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


------------------------------------------------- ENCUMBRANCE BREAKDOWN ----------------------------------------------
---- REASON ----       DATE IMPOSED   --- NOTES ---     TOTAL OWED   COL MTDATE   COL TO-DATE   BALANCE DUE  CNTY/ORI CAS
GATE MONEY               08/04/22     AUTO GATE MONEY      29.49        1.35          2.67         26.82
NYS COURTS FILING FEE    08/12/22     20220541            490.00        1.87          2.26        487.74     NY005015J/C
FED FILE FEE USDCNDNY    08/12/22     922CV00571          350.00         .00           .00        350.00
COURT ORDERED FINES      08/30/22     2022-0541            15.00        1.87          1.87         13.13     CAYUGA

     * ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

Case 22-2725, Document 35, 03/02/2023, 3477799, Page6 of 8

```
                    STATE OF NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES
                              AUBURN        CORRECTIONAL FACILITY
                       INMATE STATEMENT FOR THE PERIOD 07/30/22 THRU 08/31/22
        ****************************************************************************
        *                                                                          *
        *   NAME:FREDRICKS NIGEL          DEPT ID:22B1005  CELL LOC:0C-18-16S  NYSID:01469075Z  *
        *                                                                          *
        ****************************************************************************

FACILITY        DATE      ---- TRANSACTION ----    TR-NUM    RECEIPT(+)  DISBURS(-)  COLLECTED AMT   STATEWIDE     STATEWIDE
                              (COMMENTS)                                                             SPENDABLE     ACCT BAL
                          STARTING BALANCE AT AUBURN                                                               3.80
                          BALANCE FORWARD                                                    .00        3.80       3.80

AUBURN       08/04/22  PAYROLL RCPT (LAG  $0.47)   691223       1.90                         .24        5.46       5.70
AUBURN       08/04/22  PAYROLL RCPT (LAG  $0.47)   793216       1.90                         .24        7.12       7.60
AUBURN       08/04/22  BEG ENC-GATEM(      $29.96)                                           .00        7.12       7.60
AUBURN       08/11/22  PAYROLL RCPT                691223       2.37                         .30        9.19       9.97
AUBURN       08/11/22  PAYROLL RCPT                793216        .00                         .00        9.19       9.97
AUBURN       08/12/22  BEG ENC-NYS-C(   $490.00) 20220541                                    .00        9.19       9.97
AUBURN       08/12/22  BEG ENC-DP-T2(     $5.00)                                            5.00        4.19       9.97
AUBURN       08/12/22  PAY ENC-DP-T2(080122    )                            5.00           5.00-        4.19       4.97
AUBURN       08/12/22  BEG ENC-NDNY (   $350.00) 922CV00571                                  .00        4.19       4.97
AUBURN       08/16/22  STRT ADV-COMER (   $6.18)                                            4.19         .00       4.97
AUBURN       08/18/22  PAYROLL RCPT                043005       2.25                        2.25         .00       7.22
AUBURN       08/18/22  PAY ADV-COMM (2022-08-16)  PAYROLL                   6.18           6.18-         .00       1.04
AUBURN       08/25/22  PAYROLL RCPT                043005       2.25                         .67        1.58       3.29
AUBURN       08/29/22  POSTAGE                                               .81             .00         .77       2.48
AUBURN       08/29/22  POSTAGE                                               .60             .00         .17       1.88
AUBURN       08/30/22  BEG ENC-C-FIN(    $15.00)                                             .00         .17       1.88

                       MONTHLY ENDING TOTALS                   10.67       12.59            1.71         .17       1.88

                  ENDING BALANCE AT AUBURN                                                                         1.88

         20%  OF AVERAGE 6 MO SPENDABLE BALANCE         .55   20%  OF AVERAGE 6 MO DEPOSIT AMT         1.72


                  LAGGED PAYROLL, DAYS LAGGED - 15 AMOUNT LAGGED -    10.51
                  THIS AMOUNT WILL BE ADDED TO YOUR ACCOUNT UPON RELEASE ONLY


---------------------------------------------------- ENCUMBRANCE BREAKDOWN --------------------------------------------------
---- REASON ----         DATE IMPOSED   --- NOTES ---     TOTAL OWED  COL MTDATE  COL TO-DATE  BALANCE DUE  CNTY/ORI CAS
GATE MONEY                 08/04/22     AUTO GATE MONEY      29.49       1.32        1.32         28.17
NYS COURTS FILING FEE      08/12/22     20220541            490.00        .39         .39        489.61     NY005015J/C
*DISCIPLINARY TIER II      08/12/22     080122                5.00       5.00        5.00           .00
FED FILE FEE USDCNDNY      08/12/22     922CV00571          350.00        .00         .00        350.00
COURT ORDERED FINES        08/30/22     2022-0541            15.00        .00         .00         15.00     CAYUGA

     *  ENCUMBRANCES ESTABLISHED AND PAID IN THE CURRENT MONTH.
```

```
KICSM80                      ICAS SYSTEM                           02/24/23
                        NYS DEPT OF CORRECTIONS                    14:09:55
                        209-INMATE BALANCE SCREEN
                                      PHONE: ( 716 ) 591 2000 EXT: 2000
     NYSID: 01469075Z                 FAX:   ( 716 ) 591 2000 EXT: 2099
       DOB: 06/04/92                  CURRENT FACILITY: ATTICA
 FULL NAME: FREDRICKS NIGEL
       DIN: 22B1005           ************************************
                              *        ENCUMBRANCES               *
                              *    TOTAL:           2,404.49      *
SPENDABLE BALANCE:    0.00    *    COLLECTED:          21.96      *
                              *    OUTSTANDING:     2,382.53      *
                              ************************************

                    SPENDABLE FOR LAST         TOTAL DEPOSITS FOR
                       SIX MONTHS              LAST SIX MONTHS
         OLDEST           0.17                      10.67
           |              2.47                      10.80
           |              1.78                       8.55
           |              1.77                      13.66
           \/            16.02  2.45                 8.72
         NEWEST           4.35                      22.07
                                                 NEXT DIN:
ANOTHER LOOKUP - KEY NEXT DIN PRESS <ENTER>   RETURN TO MENU PRESS <PF3>
```