UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of March, two thousand and twenty-three,

_____

Nigel Fredericks,

    Plaintiff - Appellant,

v.

City of New York, NYPD Anowar Hassain, Detective Michael Ardolino, Detective Derrick Russ, Detective Mark Scarlatelli,

    Defendants - Appellees,

Detective John Doe, Detective John Doe, Detective John Doe, Attorney Martha Lineburger, Attorney Keenith Gilberth, Attorney Matthew Tinston, Mennin F., Mr. Hassen, Detective Officer John Doe, 75th Precinct, John Hassen, N.Y.P.D. Officer, 75th Precinct, Detective Officer John Doe, 75th Precinct, Detective Officer John Doe, 75th Precinct,

    Defendants.

_____

**ORDER**
Docket No. 22-2725

    The order this Court issued on December 21, 2022 issued in error.

    IT IS HEREBY ORDERED that the order is vacated.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court